# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159118(64)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PERCY EDWARD TAYLOR,
      Defendant-Appellant.
_____/

SC: 159118
COA: 338601
Jackson CC: 16-004024-FC

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his reply is GRANTED.  The 19-page reply submitted on April 3, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk